IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

AHMAD LAFTA,                                            §
                                                       §
             Plaintiff,                                §
                                                       §
v.                                                     §                    1:24-CV-528-RP
                                                       §
WILLIAMSON COUNTY JUSTICE OF THE                       §
PEACE 1, JOSE DEL CARMEN SANTIAGO                      §
SERVIN, LONESTAR MANAGING                              §
GENERAL AGENCY, PAUL HERNANDEZ                         §
*Patrol Officer*,                                      §
                                                       §
             Defendants.                               §

## ORDER

Before the Court is the report and recommendation of United States Magistrate Judge Mark Lane concerning Plaintiff Ahmad Lafta's ("Plaintiff") complaint pursuant to 28 U.S.C. § 1915(e), 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. (R. & R., Dkt. 7). In his report and recommendation, Judge Lane recommends that the Court dismiss this action pursuant to 28 U.S.C. § 1915(e)(2)(B). (*Id.* at 2). Plaintiff did not file objections to the report and recommendation, but instead moved for the Court to have a hearing on an unspecified matter. (Mot., Dkt. 10).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure de novo review by the district court. 28 U.S.C. § 636(b). Because Plaintiff timely objected to the report and recommendation, the Court reviews the report and recommendation de novo. Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiff's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States

Magistrate Judge Mark Lane, (Dkt. 7), is **ADOPTED**. Plaintiff's complaint, (Dkt. 1), is

**DISMISSED WITHOUT PREJUDICE**. The Motion for Hearing, (Dkt. 10), is **DENIED**.

**SIGNED** on August 26, 2024.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

2